**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAVIN MAHARAJ,

    Petitioner,

    v.

MICHAEL CHERTOFF, et al.,

    Respondents.
_____/

No. C 05-2096 PJH

**ORDER DISMISSING CASE**

Petitioner Maharaj has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 in this court, claiming that section 106(a) of the REAL ID Act of 2005, P.L. 109-13, Div. B., 119 Stat. 231 ("RIDA"), which purports to vest jurisdiction over § 2241 habeas petitions solely in the appellate courts, is unconstitutional. On May 23, 2005, this court entered a temporary stay of removal pending briefing on the issue of the court's jurisdiction to hear Maharaj's petition. Now before this court is respondents' supplemental briefing on that issue, and Maharaj's response.

Respondents are correct that under RIDA § 106(a)(2), only the Ninth Circuit may review a petition for a writ of habeas corpus under 28 U.S.C. § 2241, and the district court no longer has jurisdiction to review any challenges to pending orders of removal, deportation, or exclusion, on any basis. Furthermore, respondents are also correct that this court does not have the power to transfer this petition directly to the Ninth Circuit, because the petition was filed after RIDA's enactment. See RIDA § 106(c) (transfer to appellate court only permitted when petition was pending before district court at the time of RIDA's enactment, on May 11, 2005).

Accordingly, the case is DISMISSED for lack of jurisdiction, and the temporary stay of

removal entered on May 23, 2005 is VACATED.  This order fully resolves the matter listed at nos 2 and 7 on the clerk's docket for this case, and all other pending matters.  The clerk is ordered to close the file.

**IT IS SO ORDERED.**

Dated: June 27, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge