UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAVIN MAHARAJ,

    Petitioner(s),

v.

MICHAEL CHERTOFF, et al.,

    Respondent(s).
_____/

No. C 05-2096 PJH

**JUDGMENT**

The court having granted defendant's motion to dismiss for lack of jurisdiction, it is Ordered and Adjudged that the complaint is dismissed with prejudice.

IT IS SO ORDERED.

Dated: June 27, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge